IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA,

3:00-cr-393-BR

v.

SHAWN DEL PITTS,

ORDER TO DEPOSIT FUNDS

Defendant.

Upon motion of the United States, the Court being advised as to the nature of this case, and there being no objection by the parties,

1. The Clerk is directed to accept defendant's cashier's check, made payable to the Clerk, U.S. District Court - Oregon, in the amount of **$7,463.00**, and to deposit these monies into the Court Treasury Registry, on behalf of defendant Pitts to be held pursuant to the plea agreement for restitution due and owing, until further order from this Court pending the judgment of conviction and restitution order.

2. Counsel presenting this Order must serve a copy personally on the Clerk of the Court and on the Clerk's Financial Administrator, before the Clerk will take any action on this Order.

3. The Clerk of the United States District Court for the District of Oregon is absolved of any liability by compliance with this Order.

4. It shall be counsel's responsibility to confirm any action required by the Order to be performed by the Clerk or her designee.

IT IS SO ORDERED this 22nd day of January, 2013.

_____
THE HONORABLE ANNA J. BROWN
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

S. AMANDA MARSHALL, OSB #953473
United States Attorney
District of Oregon


*/s/ Helen L. Cooper*
Helen L. Cooper, OSB #871957
Special Assistant United States Attorney

**For Court Use Only:**

**APPROVED AS TO FORM**

Mary L. Moran, Clerk of Court


_____
By: Financial Administrator